**Opinion issued April 22, 2014**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-14-00220-CV

———————————

**CHARLES EDWARDS AND MELANIE MALLEBRANCH, Appellants**

**V.**

**ALISA EDWARDS, Appellee**

On Appeal from the 295th District Court of Harris County, Texas
Trial Court Case No. 2012-16062

## MEMORANDUM OPINION

Appellant, Automation Wash, Ltd., has filed an appeal from the Order and Final Summary Judgment signed by the trial court on March 10, 2014. Although no motion to dismiss has been properly filed, appellants Charles Edwards and Melanie Mallebranche informed the Court by telephone they no longer wish to pursue the appeal. Further, the required fees have not been paid and appellants are

not appealing as indigent.  *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1).  After being notified on March 31, 2014 that this appeal was subject to dismissal, appellant did not adequately respond.  *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we dismiss the appeal as moot and for want of prosecution for failure to pay fees.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.

2